UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ELLIS EVERETT**,

        Plaintiff,

                                        Case Number: **8:21-cv-0973-MSS-JSS**

    v.

**ALPHA RECOVERY CORP.**
**OF COLORADO AND FIRST**
**PORTFOLIO VENTURES I, LLC,**

        Defendants.
_____/

## NOTICE OF SETTLEMENT

COMES NOW, the Plaintiff, Ellis Everett, to notify this court pursuant to Local

Rule 3.09 that he has reached a settlement with Defendants. Upon consummation of

the settlement terms, the Plaintiff will dismiss Defendants Alpha Recovery Corp. of

Colorado and First Portfolio Ventures I, LLC.

Submitted this May 12, 2021, by:

/s/ *Brandon D. Morgan*
Brandon D. Morgan, Esq.
Florida Bar Number: 1015954
Seraph Legal, P. A.
1614 N. 19th St.
Tampa, FL 33605
(813) 567-1230
bmorgan@seraphlegal.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. This document has been served on Defendants' counsel via e-mail and a CM/ECF e-service system notice sent to all attorneys of record.

*/s/ Brandon D. Morgan*
Brandon D. Morgan, Esq.
Florida Bar Number: 1015954