# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**ELLIS EVERETT,**

   *Plaintiff*,

**v.**                                                Case No: 8:21-cv-0973-MSS-JSS

**ALPHA RECOVERY CORP.
OF COLORADO AND FIRST
PORTFOLIO VENTURES I, LLC,**

   *Defendants*.

_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants Alpha Recovery Corp. of Colorado and First Portfolio Ventures I, LLC, having resolved this matter between themselves by mutual agreement, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby DISMISSES this action with prejudice, effective June 9, 2021, each party to bear its own costs and attorneys' fees.

Respectfully submitted on June 9, 2021, by:

                                                        /s/ *Brandon D. Morgan*
                                                        Brandon D. Morgan, Esq.
                                                        Florida Bar Number: 1015954
                                                        Seraph Legal, P. A.
                                                        1614 N. 19th St.
                                                        Tampa, FL 33605
                                                        (813) 567-1230
                                                        BMorgan@SeraphLegal.com
                                                        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

  I hereby certify that on June 9, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and through that service a copy was sent with e-notice to all parties.

<u>/s/ *Brandon D. Morgan*</u>
Brandon D. Morgan, Esq.
Florida Bar Number: 1015954
